**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| JOHN A. GRUNAU, )<br>               **Plaintiff,** )<br>v. )<br>) <br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY,[1] )<br>               **Defendant.** ) | Case No. 06-2083 |

# ORDER

      In June 2005, Administrative Law Judge Barbara Welsch (hereinafter "ALJ") denied Plaintiff John Grunau's request for reconsideration of his social security retirement insurance benefits determination. The ALJ found that Plaintiff was not exempt from the "windfall elimination provision" which reduces a retiree's primary social security retirement insurance amount. In April 2006, Plaintiff filed a Complaint To Review Decision of Social Security (#1), seeking judicial review of the final decision by the Regional Commissioner of Social Security Administration denying Plaintiff's request for reconsideration. The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.

      In September 2006, Plaintiff filed a Motion for Summary Judgment (#7). In November 2006, Defendant filed a Motion for An Order Which Affirms the Commissioner's Decision (#11). After reviewing the administrative record and the parties' memoranda, this Court denied Plaintiff's Motion for Summary Judgment (#7). Consistent with that order, the Court now **GRANTS** Defendant's Motion for An Order Which Affirms the Commissioner's Decision **(#11).**

      This case is terminated.

      ENTER this 26th day of April, 2007.

                                                                              s/ DAVID G. BERNTHAL
                                                                            U.S. MAGISTRATE JUDGE

---

[1] Pursuant to FED. R. APP. P. 43(c), we have substituted Michael J. Astrue for Jo Anne B. Barnhart as the named defendant-appellee.